IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN CLAYBORN JR., | No. C 12-04157 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Allen Clayborn Jr., proceeding *pro se* and *in forma pauperis*, filed this Social Security appeal in August, 2012. Pursuant to the procedural order in this action (Dkt. No. 5), plaintiff was required to file a motion for summary judgment or remand by the end of December, 2012. The deadline to file a dispositive motion is long past. Plaintiff is **ORDERED TO SHOW CAUSE** why the action should not be dismissed. Plaintiff's response is due on **NOON ON APRIL 22, 2013**. If no response is received, the action will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE