IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLEN CLAYBORN JR.,

    Plaintiff,

v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. C 12-04157 WHA

**ORDER DISMISSING ACTION**

Since filing the complaint in this action in August of 2012, *pro se* plaintiff Allen Clayborn Jr. has not filed any papers or otherwise made any attempts to move this action forward. The procedural order in this action (Dkt. No. 5) required plaintiff to file a motion for summary judgment or remand by the end of December, 2012. No motion was filed. An order dated April 8, 2013 ordered plaintiff to show cause by April 22 why the action should not be dismissed. The April 8 order warned plaintiff that if no response was received the action would be dismissed for failure to prosecute. No response was received. Accordingly, the action is hereby **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE